UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR13-0100JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN M. HORGDAL, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Defendant John M. Horgdal sent a letter to the court on October 24, 2017. (*See* Letter (Dkt. # 265).) In it, Mr. Horgdal inquires about "reinstat[ing] [his] 2nd amendment (sic) right to own a firearm[.]" (*Id.* at 1.)

The court is not the proper forum to seek the relief sought. Mr. Horgdal, as a convicted felon, may not legally possess a firearm pursuant to federal law. *See* 18 U.S.C. § 922(g)(1). This court lacks the authority to suspend the application of a federal law.

*See United States v. Bean*, 537 U.S. 71, 77-78 (2002). Mr. Horgdal should review the Government's Opposition (Dkt. # 266) for a discussion of his alternative options.

Filed and entered this 28th day of November, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk